1020

[No. 41321-3-II.   Division Two.   February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. A.M.T., *Appellant*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 41800-2-II.   Division Two.   February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY DEAN ANDREWS, *Appellant*.

*Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Johanson, JJ.

[No. 29150-2-III.   Division Three.   February 7, 2012.]

BHISHAM SAINI ET AL., *Appellants*, v. PARMINDER SINGH GILLON ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29518-4-III.   Division Three.   February 7, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. DOUGLAS B. BAKER, *Respondent*.

*Dismissed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.